## Morris Casty, Appellee, v. Lanzit Corrugated Box Company, Appellant.

### Gen. No. 22,847. (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. CHARLES H. BOWLES, Judge, presiding. Heard in this court at the October term, 1916. Reversed and judgment here. Opinion filed June 11, 1917.

### Statement of the Case.

Action by Morris Casty, plaintiff, against the Lanzit Corrugated Box Company, a corporation, defendant, to recover on an account for teaming and hauling goods and set-off by defendant to recover for an alleged overpayment, consisting of a balance due after allowance being made for extras out of a sum paid to plaintiff for services and extras. From a judgment for plaintiff for $79.05, defendant appeals.

MAURICE MARKOWITZ and JOHN F. TYRRELL, for appellant.

No appearance for appellee.

MR. PRESIDING JUSTICE MCSURELY delivered the opinion of the court.

## Abstract of the Decision.

SET-OFF AND RECOUPMENT, § 40*—*when evidence is sufficient to warrant judgment on set-off in action on contract.* In an action on an account for teaming and hauling where defendant interposed a set-off to recover an overpayment, consisting of a balance due after allowance being made for extras out of a sum paid to plaintiff for services and extras, evidence *held* insufficient to sustain a judgment for plaintiff and to warrant a judgment for defendant on his set-off.